WILLIAM T. LADNER et ux., appellants,

*v.*

JOSEPH E. BECKHAUS, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Beckhaus* v. *Ladner, 3 Dick. Ch. Rep. 152.*

*Mr. David J. Pancoast,* for the appellants.

*Messrs. Grey & Grey,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—11.

*For reversal*—None.